

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 02-17-00443-CV

CHIN-HUA WANG                                             APPELLANT

V.

MORGAN STANLEY SMITH                            APPELLEE
BARNEY LLC

-----------

### FROM THE PROBATE COURT OF DENTON COUNTY
### TRIAL COURT NO. PR-2016-00111-03

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: April 5, 2018

---

[1]*See* Tex. R. App. P. 47.4.